NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ANDREW SEARCY, JR.,**
*Petitioner,*

v.

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2012-3033

---

Petition for review of the Merit Systems Protection Board in case no. AT0752110243-I-1.

---------------------------------------------------------------

**ANDREW SEARCY, JR.,**
*Petitioner,*

v.

**DEPARTMENT OF AGRICULTURE,**
*Respondent.*

---

2012-3054

---

Petition for review of the Merit Systems Protection Board in case no. AT4324100356-B-1

---

## ON MOTION

---

### ORDER

Andrew Searcy moves to consolidate his appeal nos. 2012-3033 and 2012-3054. The Department of Agriculture opposes. Searcy moves for declaratory judgment and injunctive relief. The Department opposes.

With regard to Searcy's motion for declaratory judgment and injunctive relief, arguments concerning the merits of his appeal should be included in his briefs.

With regard to the motion to consolidate· these appeals, the court deems it the better course to make these appeals companion cases such that the appeals shall be briefed separately but assigned to the same merits panel for decision.

Accordingly,

IT IS ORDERED THAT:

(1) The motion to consolidate is denied. The appeals shall be treated as companion cases.

(2) The motions for declaratory judgment and injunctive relief are denied.

(3) In 2012-3033, the respondent should calculate its brief due date from the date of filing of this order.

FOR THE COURT

**MAR 1 2 2012**

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 1 2 2012

JAN HORBALY
CLERK

cc:  Andrew Searcy, Jr.
     Calvin Morrow, Esq.
     Dawn E. Goodman, Esq.

s19